**Edna M. PICKETT, Plaintiff–Appellant,**

v.

**John E. POTTER, Postmaster General, United States Postal Service, Defendant–Appellee.**

**No. 06–1482.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2006.

Decided: Sept. 28, 2006.

Edna M. Pickett, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Lora M. Taylor, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edna M. Pickett appeals the district court's order denying her motions for reconsideration of its order dismissing her civil action, denying her motion for leave to amend her complaint, and dismissing her motion for a hearing as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pickett v. Potter*, No. 5:03–cv–00753–BO (E.D.N.C., Mar. 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*